**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of NY (State)

Case number (if known): _____ Chapter 11

FILED
U.S. BANKRUPTCY COURT
2025 FEB 18 P 4:45
S.D.N.Y.

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  Elfand Organization LLC

**2. All other names debtor used in the last 8 years**
Elfand Management Group LLC
Empire Cannabis Clubs

Include any assumed names, trade names, and doing business as names

**3. Debtor's federal Employer Identification Number (EIN)**  87-1788201

**4. Debtor's address**

Principal place of business:
① 147 8th Avenue NY NY 10011
② 424 Broadway NY NY 10013
③ 172 Allen St. NY NY 10002
④ 446 Fulton St Brooklyn NY 11201
⑤ 268 Metropolitan Ave Brooklyn NY 11211
⑥ 833 Manhattan Ave Brooklyn NY 11222

Mailing address, if different from principal place of business:
235 W 56th St 25E
NY NY 10019

Location of principal assets, if different from principal place of business: _____

**5. Debtor's website (URL)**  www.empirecannabisclubs.com
www.empireclubnyc.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Elfand Organization LLC**    Case number (if known) _____
     Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5999**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check all that apply:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No
☒ Yes.    District ~~Eastern~~ **Southern**    When **12/2/2024**    Case number **24-12122**
                                                         MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
                                     MM / DD / YYYY

Debtor __Elfand Organization LLC__     Case number (if known) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
      Number    Street

_____
City                   State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor  **Elfand Organization LLC**    Case number (if known) _____
_____Name_____

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/18/2025
           MM  / DD  / YYYY

X _____[signature]_____            Jonathan Elfand
Signature of authorized representative of debtor       Printed name

Title  member

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name  __Elfand Organization LLC__

United States Bankruptcy Court for the: _____  District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | 424 Broadway LLC 45 Broadway Suite 1850 NY NY 10006 | (212) 575-2442 | Lease - 424 Broadway | | $774,155 | Security $190,000 | |
| 2 | BNN Fulton Flushing LLC 40 Jack Kahn Realty PO Box 1618 Livingston NJ 07089 | (973)-714-1960 | Lease - 446 Fulton St | | $427,642 | Security $150,000 | |
| 3 | 833 Manhattan Ave LLC 45 Broadway #1850 NY NY 10006 | (212) 575-2442 | Lease - 833 Manhattan Ave | | $237,108 | Security $54,000 | |
| 4 | Iakovos Inc 147 8th Avenue NY NY 10011 | | Lease - 147 8th Ave NY NY 10011 | | $12,000 | Security $36,000 | |
| 5 | 172 Allen Realty 172 Allen St NY NY 10003 | | Lease - 172 Allen St | | $0 | Security 39,000 | |
| 6 | 268 Metropolitan LLC 12 Spencer St 4th Fl Bk NY 11205 | (718) 362-1417 | Lease - 268 Metropolitan Brooklyn, NY | | $89,178 | security $42,000 | |
| 7 | NYSIF Workers Comp - Policy 2559050-6 199 Church St NY NY 10007 | (888) 454-0863 | Audit Underpayment | | | | $172,148 |
| 8 | ADT 1501 Yamato Rd Boca Raton FL 33431 | (833) 454-0863 | Security Contract | | | | $152 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: **Elfand Organization LLC**

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Spectrum (833-430-5511) 1600 Dublin Rd Columbus OH 43215 | | wireless phone internet Acct 8150 20 899 0048408 | | | | $~~2525.00~~ 1427.38 |
| 10 | Con Edison (800)752-6633 PO Box 1701 NY NY 10116-1701 | | gas/electric Acct 60664950007 Acct 790 394 40007 Acct 11940932889 Acct 3053330064 Acct 49381140000 Acct 12586640000 | | | | $50,565.03 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

United States Bankruptcy Court
~~Eastern~~ District of New York
Southern

February 18, 2025

To Whom It May Concern:

1. Per the prior filing we were waiting on our accounting staff to return. Since then, they have about 80% prepared for filing the 2024 tax returns. We are working on compiling the documents from the bank accounts that had been closed, which should be received at any moment to finalize the return. Corporate taxes are due in March and they will be completed shortly.
2. Per the previous filing during the holidays we had trouble retaining an attorney to handle the case. Since our last meeting I have located an attorney for the case, but unfortunately he had a two week vacation planned abroad. He is supposed to be back this coming week.

We will be prepared for the hearing date with the documents and the attorney.

I swear under the penalty of perjury the aforementioned is true to the best of my knowledge.

Best Regards,

Jonathan Elfand