

U.S. Department of Justice
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY  10014
Main Phone: (212) 510-0500

September 16, 2025

**By E-Mail**
Honorable Michael Wiles
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

      Re:    In re Elfand Organization, LLC, d/b/a Empire Cannibas Clubs
             Case No. 25-10308 (MEW)

Dear Judge Wiles:

      We write respectfully to request the Court's assistance by conference to resolve issues relating to the legal representation of the Elfand Organization (the "Debtor") in this case. Our concern arises from the fact that the case has been under the protection of the Court for six months, and there has been no retention application filed. The Code permits debtors to retain counsel, however, only by proper application that, among other things, establishes that counsel is disinterested. 11 U.S.C. §§ 101(14) and 327(a).

      Since as early as March 6, 2025, John C. Kim, Esq., has appeared for the Debtor. He filed a motion to dismiss, which the Court denied, and appeared (albeit without his client) at the two duly noticed creditors meetings. Although Mr. Kim advised that he would be seeking to withdraw as counsel, that has not occurred. On September 6, 2025, the Court permitted Robert Marx, Esq. to appear *pro hac vice* on behalf of the Debtor, without a substitution of counsel or retention application. Among other things, there is no evidence before the Court that Mr. Marx is disinterested and therefore qualified to represent the Debtor.

      If the Court does not dismiss the case on the U.S. Trustee's motion scheduled for September 30, 2025, then we would respectfully appreciate an opportunity to discuss this issue with the Court.

                                        Respectfully submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                                      By:    */s/ Andrea B. Schwartz*
                                                  Andrea B. Schwartz
                                                  Trial Attorney

/encl.
cc:    John C. Kim, Esq. (Via Email)
       Robert Marx, Esq. (Via Email)