# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## COVER SHEET FOR DIRECT APPEAL OF A BANKRUPTCY COURT DECISION

| Case Caption [*caption as described in Fed. R. Bankr. P. 7010 or 9004(b), as applicable*]:<br><br>In re:<br>ELFAND ORGANIZATION LLC,<br>d/b/a/EMPIRE CANNABIS CLUBS<br><br>Debtor(s) | Bankruptcy Court Case No: 25-10308-mew<br><br>Bankruptcy Adversary Proceeding No. [*if applicable*]:<br><br>District Court Civil No. [*if applicable*]: | Bankruptcy Judge:<br><br>Michael E. Wiles<br><br>District Judge [*if applicable*]: |
| --- | --- | --- |
| | Date and Document Number of Notice of Appeal Filed in [  ] Adversary Proceeding or  [ X ] Bankruptcy Case:<br><br>December 4, 2025<br>Doc. No. 62 | Date and Document Number of Bankruptcy Court Judgment, Order or Decree in [  ] Adversary Proceeding or [ X ] Bankruptcy Case:<br><br>November 20, 2025<br>Doc. No. 63 |

[*To answer questions below, place "X" on lines where appropriate*:]

1. *Who is certifying the direct appeal*?

    \_\_\_Certification by Court (*indicate below which court is certifying*)
        \_\_\_Certification by Bankruptcy Court – district: _____
        \_\_\_Certification by District Court – district: _____

        X\_\_ At request of one or more parties
        \_\_\_ On court's own initiative

        \_\_\_ Court is required to make certification under 28 U.S.C. § 158(d)(2)(B)

    \_\_\_Certification by *All Parties* using Official Form 24 – district from which appeal is taken: _____

2. *Which paragraph of section 158(a) is applicable [28 U.S.C. § 158(a)]*?

    X 28 U.S.C. § 158(a)(1): appeal of a final judgment, order or decree
    \_\_\_28 U.S.C. § 158(a)(2): appeal of an interlocutory order or decree issued under 11 U.S.C. § 1121(d)
    \_\_\_28 U.S.C. § 158(a)(3): appeal of an interlocutory order or decree [*other than one issued under 11 U.S.C. § 1121(d)*] requiring leave of the court [*indicate below whether leave has been granted*]
        \_\_\_ District Court has not yet granted leave
        \_\_\_ District Court has already granted leave [*provide civil proceeding name and civil number, date of order, name of judge, etc., in space provided below*]
        _____

3. *Indicate basis for direct appeal* [*select one of the following*]:

    X\_ The judgment, order or decree involves a question of law as to which there is no controlling decision of the court of appeals for this circuit or of the Supreme Court of the United States, or involves a matter of public importance.
    \_\_\_ The judgment, order or decree involves a question of law requiring resolution of conflicting decisions.
    \_\_\_ An immediate appeal from the judgment, order or decree may materially advance the progress of the case or proceeding in which the appeal is taken.

4. *Indicate whether appellant has obtained a stay pending appeal and provide pertinent information pertaining to stay (date of issuance, etc.)*:

Granted _____ Yes   X  No  Date and Court of Issuance:_____

5. *Provide below a brief description of the matter decided by the bankruptcy judge* [*example*: Order Confirming Chapter 11 Plan]: Order denying reconsideration of denial of ruling that there was a violation of the automatic stay (ECF 45), and conversion to Chapter 7 (ECF 49).

6. **Bankruptcy Judge**: Hon. Michael E. Wiles
   [*For notifying bankruptcy judges, staff of the court of appeals should refer to the circuit clerk's list of e-mail addresses*.]

Date: December 4, 2025                    Submitted by:   Robert M. Marx
                                                          Name

                                                          Attorney for the Debtor
                                                          Title/Firm or Court